Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT D. NOYES AND BEVERLY L. NOYES,<br><br>Plaintiffs,<br><br>v.<br><br>Air & Liquid Systems Corporation, et al.,<br><br>Defendants. | No. 2:19-cv-00035-RSL<br><br>STIPULATED MOTION AND ORDER TO REMAND CASE TO STATE COURT<br><br>King County Cause No. 18-2-56024-1 SEA<br><br>NOTED ON MOTION CALENDAR: January 16, 2019 |

**STIPULATED MOTION**

Plaintiffs Robert D. Noyes and Beverly L. Noyes (hereinafter, "Plaintiffs") and Defendant Aurora Pump Company, by and through their counsel of record, stipulate to remand this case back to State Court, with each party bearing its own costs and fees, given the resolution of all claims between the Plaintiffs and Aurora Pump Company.

DATED this 16th day of January, 2019.

SCHROETER GOLDMARK & BENDER

s/ Kaitlin T. Wright
Kaitlin T. Wright, WSBA #45241
Craig A. Sims, WSBA #28267
Counsel for Plaintiffs

BULLIVANT HOUSER BAILEY PC

s/ Megan E. Uhle
Megan E. Uhle, WSBA #51451
Counsel for Defendant Aurora Pump Company

STIPULATED MOTION AND ORDER TO REMAND CASE TO STATE COURT - 1
(Case No. 2:19-cv-00035-RSL)
689976

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

# ORDER TO REMAND

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Defendant Aurora Pump Company to remand this case back to State Court, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

This case is remanded back to State Court: King County Cause No. 18-2-56024-1 SEA.

DONE IN COURT this 17th day of January, 2019.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

SCHROETER, GOLDMARK & BENDER

*s/ Kaitlin T. Wright*
Kaitlin T. Wright, WSBA #45241
Craig A. Sims, WSBA #28267
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Email: SGBasbestos@sgb-law.com;
wright@sgb-law.com; csims@sgb-law.com;
*Counsel for Plaintiffs*

APPROVED BY:

BULLIVANT HOUSER BAILEY PC

*s/Megan E. Uhle*
Megan E. Uhle, WSBA #51451
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Phone: (206) 292-8930
E-mail: asbestos@bullivant.com
Counsel for Defendant Aurora Pump Company

STIPULATED MOTION AND ORDER TO REMAND CASE TO STATE COURT - 2
(Case No. 2:19-cv-00035-RSL)
689976

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305